**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01026-CR
### No. 05-19-01027-CR

**JABARI MALIK LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-58166-R & F16-10864-R**

## ORDER

Before the Court is appellant's December 30, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 29, 2020. Appellant is cautioned that further extension requests are disfavored.

/s/     CORY L. CARLYLE
JUSTICE